IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARLON ALONZO SMITH,<br><br>　　　　　　　　　Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION FOR AN ORDER COMPELLING DISCOVERY**<br><br>Case No. 2:16-cr-00020-DN<br><br>District Judge David Nuffer |

　　　　Defendant Marlon Alonzo Smith seeks production of certain documents that he believes are relevant to post-conviction relief.[1] Mr. Smith previously made requests for the documents with the Utah Department of Public Safety and Utah Highway Patrol under the Utah Government Records Access and Management Act.[2] These requests and Mr. Smith's subsequent administrative appeals were denied.[3] Mr. Smith now requests an order compelling the documents' production under FED. R. CIV. P. 37(a).[4] However, this case is closed and the Tenth Circuit Court of Appeals has affirmed Mr. Smith's conviction and sentence.[5] Mr. Smith also has not initiated post-conviction proceedings challenging his conviction and sentence.

　　　　Under these circumstances, Mr. Smith cannot obtain an order compelling the discovery he seeks under Rule 37(a) in this case. Jurisdiction is lacking.

---

[1] Motion for an Order Compelling Discovery ("Motion"), docket no. 201, filed May 29, 2020.

[2] *Id*.

[3] *Id*.

[4] *Id*.

[5] Order and Judgment, docket no. 200, filed Feb. 25, 2020.

## ORDER

THEREFORE, IT IS HEREBY ORDERED that Mr. Smith's Motion[6] is DENIED without prejudice.

Signed June 4, 2020.

BY THE COURT

_David Nuffer_
David Nuffer
United States District Judge

---

[6] Docket no. 201, filed May 29, 2020.