IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARLON ALONZO SMITH,<br><br>    Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>Case No. 2:16-cr-00020-DN<br><br>District Judge David Nuffer |

Defendant Marlon Alonzo Smith seeks appointment of counsel to assist in obtaining post-conviction relief.[1] However, this case is closed and the Tenth Circuit Court of Appeals has affirmed Mr. Smith's conviction and sentence.[2] There is also no constitutional or statutory right to the appointment of counsel in post-conviction proceedings, unless an evidentiary hearing is held.[3] Counsel may be appointed in a post-conviction proceeding when "the interests of justice so require" for a "financially eligible person."[4] But Mr. Smith has not initiated post-conviction proceedings challenging his conviction and sentence. And a motion for appointment of counsel is more appropriately filed in the post-conviction proceeding, rather than the underlying criminal action.

---

[1] Motion for New Attorney ("Motion"), docket no. 203, filed June 15, 2020.

[2] Order and Judgment, docket no. 200, filed Feb. 25, 2020.

[3] *Paul v. United States*, 2006 WL 314563, *1 (D. Utah Feb. 9, 2006); Rules Governing Section 2255 Proceedings for the United States District Courts 8(c).

[4] 18 U.S.C. 3006A(a)(2)(B).

## ORDER

THEREFORE, IT IS HEREBY ORDERED that Mr. Smith's Motion[5] is DENIED without prejudice to refiling in a post-conviction proceeding.

Signed June 18, 2020.

                                    BY THE COURT

                                    David Nuffer
                                    United States District Judge

---

[5] Docket no. 203, filed June 15, 2020.