THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARLON ALONZO SMITH,<br><br>　　　　　　　　　Defendant. | **MEMORANDUM DECISION AND ORDER DENYING REQUEST FOR DOCUMENTS**<br><br>Case No. 2:16-cr-00020-DN<br><br>District Judge David Nuffer |

Defendant requests "a copy of the Nationwide NCIC Warrant in [d]ocket number 31 of the June 22, 2016 Suppression Hearing" under the Freedom of Information Act.[1] The requested document is not in the court record. Testimony was given regarding a Nationwide NCIC Warrant at the June 22, 2016 Suppression Hearing.[2] But the Nationwide NCIC Warrant was not offered or received into evidence at the hearing.[3] Nor was the Nationwide NCIC Warrant offered or received into evidence at trial.[4] Therefore,

IT IS HEREBY ORDERED that Defendant's Request for Documents is DENIED.

Signed June 2, 2022.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Request for Documents, docket no. 246, filed May 31, 2022.

[2] Transcript of Proceedings Motion to Suppress Hearing at 28:12-14, 29:13-17, 41:13-21, docket no. 33, filed July 7, 2016.

[3] Exhibit and Witness List, docket no. 32, filed June 22, 2016.

[4] Exhibit and Witness List, docket no. 163, filed June 13, 2018.