THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLON ALONZO SMITH,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>Case No. 2:16-cr-00020-DN<br><br>District Judge David Nuffer |

This case is on limited remand from the Tenth Circuit Court of Appeals to consider whether to issue a certificate of appealability.[1] "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right."[2] "To achieve this, [the defendant] must show 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and . . . whether the district court was correct in its procedural ruling.'"[3]

Mr. Smith cannot make a substantial showing of the denial of a constitutional right with his Motion for Relief Under Hazel-Atlas.[4] Mr. Smith's arguments under FED. R. CIV. P. 60(d)(3) and the Supreme Court's opinion in *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*[5] challenge only his criminal case and his conviction and sentence.[6] Under binding precedent, such

---

[1] Order, *United States v. Smith*, no. 24-4066 (10th Cir. June 5, 2024), docket no. 284, filed June 5, 2024.

[2] 28 U.S.C. § 2253(c)(2).

[3] *United States v. Wicken*, 514 Fed. App'x 721, 723 (10th Cir. 2013) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

[4] Docket no. 273, filed Apr. 29, 2024.

[5] 322 U.S. 238 (1944).

[6] Motion for Relief Under Hazel-Atlas at 6, 8-26.

challenges regardless of their label "must be considered a second-or-successive collateral attack" subject to authorization requirements of 28 U.S.C. § 2255(h).[7]

Because Mr. Smith did not first seek authorization from the Tenth Circuit Court of Appeals for the filing of his Motion for Relief Under Hazel-Atlas His as a second-or-successive motion under 28 U.S.C. § 2255, subject matter jurisdiction is lacking. No reasonable jurist would find the denial and dismissal without prejudice of Mr. Smith's Motion for Relief Under Hazel-Atlas for lack of jurisdiction debatable. Therefore,

IT IS HEREBY ORDERED that Mr. Smith is DENIED a certificate of appealability.

Signed June 7, 2024.

BY THE COURT

David Nuffer
United States District Judge

---

[7] *United States v. Baker*, 718 F.3d 1204, 1207 (10th Cir. 2013).