THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLON ALONZO SMITH,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DISMISSING MOTION TO COMPEL**<br><br>Case No. 2:16-cr-00020-DN<br><br>District Judge David Nuffer |

Defendant seeks an order compelling the Utah Highway Patrol ("UHP") and Utah Department of Public Safety to produce certain documents relating to UHP canine Marco ("Motion").[1] However, final judgment[2] has entered in this case and the Tenth Circuit Court of Appeals has affirmed Defendant's conviction and sentence.[3]

"After entry of final judgment, a district court has jurisdiction only to the extent permitted by statute or rule."[4] The district court's original jurisdiction under 18 U.S.C. § 3231 does not confer "jurisdiction over all post-conviction motions."[5] Defendant asserts that the documents he seeks with his Motion are intended to support a separate motion for relief from his conviction and sentence under Rule 60(b)(4) and 60(b)(6).[6] But Defendant cites no legal authority that would confer jurisdiction over his Motion. And, regardless, his motion for relief

---

[1] Subpoena Motion to Compel ("Motion"), docket no. 298, filed Dec. 23, 2024.

[2] Judgment in a Criminal Case, docket no. 181, filed Oct. 2, 2018.

[3] Order and Judgment, docket no. 200, filed Feb. 25, 2020.

[4] *United States v. James*, 728 Fed. App'x 818, 822 (10th Cir. 2018).

[5] *Id.*

[6] Motion at 3.

under Rule 60(b) was dismissed without prejudice as an unauthorized second-or-successive motion under 28 U.S.C. § 2255.[7] Therefore,

IT IS HEREBY ORDERED that Defendant's Motion[8] is DISMISSED for lack of jurisdiction.

Signed January 8, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[7] Memorandum Decision and Order Dismissing Without Prejudice Motion for Relief from Judgment, docket no. 299, filed Jan. 8, 2025.

[8] Docket no. 298, filed Dec. 23, 2024.