THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLON ALONZO SMITH,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL**<br><br>Case No. 4:16-cr-00020-DN<br><br>District Judge David Nuffer |

Defendant Marlon Alonzo Smith filed two motions seeking appointment of counsel[1] to appeal the Order[2] dismissing without prejudice his Motion for Relief from Judgment.[3]

There is no right to counsel for Mr. Smith's appeal of the Order.[4] The appointment of counsel to represent Mr. Smith on appeal also would not be in the interest of justice. Mr. Smith's Motion for Relief from Judgment is considered a second-or-successive motion under 28 U.S.C. § 2255, and Mr. Smith did not obtain authorization from the Tenth Circuit Court of Appeals for the filing.[5] Consequently, subject matter jurisdiction over the Motion for Relief from Judgment

---

[1] Motion for Appointment of Counsel, docket no. 304, filed Jan. 27, 2025; Motion for Appointment of Counsel, docket no. 315, filed Jan. 30, 2025 (collectively, "Motions for Appointment of Counsel").

[2] Memorandum Decision and Order Dismissing Without Prejudice Motion for Relief from Judgment ("Order"), docket no. 299, filed Jan. 8, 2025.

[3] Amended Motion for Relief from Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(4) and Rule 60(b)(6) ("Motion for Relief from Judgment"), docket no. 297, filed Dec. 2, 2024.

[4] *United States v. Akers*, 807 Fed. App'x 861, 867 (10th Cir. 2020).

[5] Order at 2-4.

was lacking and a certificate of appealability was denied.[6] Mr. Smith has also now voluntarily dismissed his appeal of the Order.[7]

Therefore, IT IS HEREBY ORDERED that Mr. Smith's Motions for Appointment of Counsel[8] are DENIED.

Signed March 4, 2025.

BY THE COURT

David Nuffer
United States District Judge

---

[6] *Id*.

[7] Order in *United States v. Smith*, 10th Cir. No. 25-4010, docket no. 317, filed Feb. 6, 2025; Motion to Withdraw Notice of Appeal, docket no. 319, filed Feb. 21, 2025.

[8] Docket no. 304, filed Jan. 27, 2025; docket no. 315, filed Jan. 30, 2025.