THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLON ALONZO SMITH,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO RECONSIDER**<br><br>Case No. 2:16-cr-00020-DN<br><br>District Judge David Nuffer |

Defendant Marlon Alonzo Smith seeks reconsideration[1] of the memorandum decision and order[2] dismissing without prejudice his motion for relief[3] under FED. R. CIV. P. 60(d)(3) and the Supreme Court's opinion in *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*[4] Defendant's Motion to Reconsider is based on his misreading of the Supreme Court's holding in *Bowe v. United States*,[5] which would render inapplicable to federal inmates the requirement that a Circuit Court of Appeals panel authorize second or successive motions under 28 U.S.C. § 2255.[6] *Bowe*

---

[1] Motion to Reconsider, docket no. 346, filed May 26, 2026.

[2] Memorandum Decision and Order Dismissing Without Prejudice Motion for Relief Under Hazel-Atlas, docket no. 278, filed May 23, 2024.

[3] Petitioner's Motion for Relief Under Hazel-Atlas, docket no. 273, filed Apr. 29, 2024.

[4] 322 U.S. 238 (1944).

[5] 607 U.S. 13 (2026).

[6] 28 U.S.C. § 2255(h).

does not make this holding, and the Supreme Court's actual holding in *Bowe* has no application to this case. Therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Reconsider[7] is DENIED.

Signed June 2, 2026.

BY THE COURT

David Nuffer
United States District Judge

---

[7] Docket no. 346, filed May 26, 2026.